IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-11115
Summary Calendar

_____

CHRISTINA SWANN,

                              Plaintiff-Counter
                              Defendant-Appellee,

                versus

CITY OF DALLAS, ET AL,

                              Defendants,

CITY OF DALLAS,

                              Defendant-Counter
                              Claimant-Appellant,

JOHN DOES 1 TO 10; DANE DOES, 1-10,
URBAN REHABILITATION STANDARDS BOARD
OF THE CITY OF DALLAS, VITALE RIVERA,
DARWIN GAINES, HELEN SWINT, VICTOR
BONILLA, GEORGEANN OWEN, CHARLES SMITH,
JOE BURKLEO, RAMIRO LOPEZ and LEILA
THOMPSON,

                              Defendants,

GAVINO SOTELLO, Director of Streets,
Sanitation and Code Enforcement Services,
ELIZABETH FERNANDEZ, Assistant Director
of Streets, Sanitation and Code Enforcement
Services, and AQUILA ALLEN,

                              Defendants-Appellants.

_____

Appeal from the United States District Court for
the Northern District of Texas
(3:95-CV-0033-BC)
_____

October 30, 1997

Before REAVLEY, KING and DAVIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the magistrate judge is affirmed for the reasons given in her Memorandum Opinion and Order dated July 31, 1996.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2